

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ALINA HABBA
ACTING UNITED STATES ATTORNEY

*Brooks E. Doyne*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
brooks.doyne@usdoj.gov

*main: (973) 645-2700*
*direct:(973) 297-4390*

August 19, 2025

**<u>Via Electronic Filing</u>**
Honorable Esther Salas, U.S.D.J
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 0710

      Re:   *Buckingham v. John Tsoukaris, et al.,* Civ. No. 25-cv-14601 (ES)
            Request for One-Week Extension

Dear Judge Salas:

      This Office represents Respondents in the above-referenced habeas petition. The Respondents respectfully request a one-week extension, until August 29, 2025, to respond to the habeas petition. Respondents submit this request because ICE has informed this Office that Petitioner was detained in Louisiana when his counsel filed this petition. Respondents accordingly notified Petitioner's counsel and identified the potential jurisdictional issue. The one-week extension will allow the parties to continue the dialogue as it relates to venue. It will also grant ICE the time required to respond to the habeas petition on the merits, if necessary.

      Petitioner takes no position on the one-week extension request. We thank the Court for Your Honor's consideration of this matter.

                    Respectfully submitted,

**SO ORDERED.**

_____
**Hon. Esther Salas, U.S.D.J.**
**Dated: August 20, 2025**

                    TODD W. BLANCHE
                    United States Deputy Attorney General
                    ALINA HABBA
                    Acting United States Attorney
                    Special Attorney

      By:    */s Brooks E. Doyne*
             BROOKS E. DOYNE
             Assistant United States Attorney

cc: All Counsel of Record (*via* ECF)